NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MINUTE MAN PROPERTIES, L.P.,**
*Appellant,*

v.

**PATRICK R. DONAHOE, POSTMASTER GENERAL,**
*Appellee.*

---

2011-1433

---

Appeal from the Postal Service Board of Contract Appeals in nos. 6296 and 6337, Administrative Judge Gary E. Shapiro.

---

## ON MOTION

---

## ORDER

The Postmaster General, moves for a 30-day extension of time, until March 28, 2012, to file his brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Catherine A. Sammartino, Esq.
David A. Harrington, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK